MAGISTRATE NO.
MISC. NO. 3:02mc283 (DFM)

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, HARTFORD CORRECTIONAL CENTER, HARTFORD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **ZIA V. HAQ, a/k/a ZIA AHMED** (Inmate #303120 - Date of Birth: 12/14/68 - Social Security No. 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) now detained in your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **ZIA V. HAQ, a/k/a ZIA AHMED** appear for an interview at the Office of the United States Attorney, 450 Main Street, Room 328, Hartford, Connecticut, on Wednesday, August 21, 2002 at 9:00 A.M., or from time to time thereafter as the matter may be adjourned to, at which time the United States of America will interview the said **ZIA V. HAQ, a/k/a ZIA AHMED** regarding violations of 18 U.S.C. § 1344, and immediately after the interview has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return said **ZIA V. HAQ, a/k/a ZIA AHMED** to the Hartford Correctional Center, Hartford, Connecticut, under safe and secure conduct.

The foregoing Writ is hereby allowed. Dated at Hartford, Connecticut, this 20th day of August, 2002.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

KEVIN F. ROWE
CLERK, U. S. DISTRICT COURT

DEPUTY CLERK

**RETURN**

Defendant delivered on ____8/21/02____ to __Fed Courthouse__
at __New Haven CT__

__JOHN F Bardell__
United States Marshal

by __[signature]__
    Deputy

WRIT SATISFIED.